TERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 03–1450. KHAN ET UX. *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 7th Cir. Certiorari denied.

No. 03–1480. ISHLER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir. Certiorari denied.

No. 03–1485. McCLOY *v.* DEPARTMENT OF AGRICULTURE. C. A. 10th Cir. Certiorari denied.

No. 03–1487. FISHER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–1495. MORAN ET AL. *v.* HIBBS, DIRECTOR, ARIZONA DEPARTMENT OF REVENUE, ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 03–1499. MARSH, EXECUTRIX OF THE ESTATE OF MARSH, ET AL. *v.* W. R. GRACE & CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–1504. MONIN *v.* MONIN, INC., ET AL. Ct. App. Ky. Certiorari denied.

No. 03–1506. WILLIAMS *v.* COLUMBUS METROPOLITAN HOUSING AUTHORITY. C. A. 6th Cir. Certiorari denied.

No. 03–1507. HARRELL *v.* CNA INSURANCE COS. ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–1511. WRIGHT *v.* MONTGOMERY COUNTY, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–1512. JOHNSON ET UX. *v.* CITY OF SHOREWOOD, MINNESOTA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–1515. CITY OF McALESTER, OKLAHOMA, ET AL. *v.* PITTSBURGH COUNTY RURAL WATER DISTRICT No. 7 ET AL.; and

No. 03-1643. PITTSBURGH COUNTY RURAL WATER DISTRICT No. 7 *v.* CITY OF MCALESTER, OKLAHOMA, ET AL. C. A. 10th Cir. Certiorari denied.

No. 03-1517. SCARROT ET AL. *v.* WILKINS ET AL. C. A. 9th Cir. Certiorari denied.

No. 03-1518. CHORTEK ET AL. *v.* CITY OF MILWAUKEE, WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 03-1519. BRAMWELL *v.* FEDERAL BUREAU OF PRISONS. C. A. 9th Cir. Certiorari denied.

No. 03-1521. VISA U. S. A., INC. *v.* UNITED STATES; and
No. 03-1532. MASTERCARD INTERNATIONAL INC. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03-1523. JAMES *v.* TUCK ET AL. C. A. 5th Cir. Certiorari denied.

No. 03-1524. HAEBERLE *v.* UNIVERSITY OF LOUISVILLE ET AL. C. A. 6th Cir. Certiorari denied.

No. 03-1527. HENDERSON *v.* CAMPBELL, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03-1529. SMITH *v.* NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 03-1533. KRSTIC *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03-1534. RUIZ-VALERA *v.* ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 03-1535. DESORDI *v.* BURGE, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03-1536. WATSON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.